Exhibit 2

Method Claim: 1

| US10593205B1 | Panasonic In-Vehicle Infotainment ("The accused system") |
|---|---|
| 1. A GPS and warning system for an automobile comprising: | The accused system is a GPS and warning system (e.g., Panasonic In-Vehicle Infotainment) for an automobile (e.g., automobiles such as cars).<br><br>As shown below, Panasonic In-Vehicle Infotainment includes built-in GPS navigation that provides drivers with real time maps. It also notifies the drivers with information about traffic congestion, etc.<br><br><br><br>https://na.panasonic.com/us/automotive-solutions/ecockpit-zonal/ivi |

From sophisticated touchscreens to cloud-navigation systems to hands-free communication systems, Panasonic is a pioneer and market leader in IVI technologies for automobiles as connected devices. We're redefining the landscape, migrating from domain controllers to our own high-performance computers (HPC) that can power up to fifteen screens simultaneously – an approach that simplifies the software controlling the vehicle, offers reduced wiring harness sizes and cuts production costs. Utilizing decades of design and engineering expertise, we're able to offer customized IVI solutions for established OEMs and startups alike.
https://na.panasonic.com/us/automotive-solutions/ecockpit-zonal/ivi

Panasonic technology powers workhorse IVI systems, allowing global automaker brands to put music, points of interest and vehicle settings at the drivers' fingertips. Intuitive controls mean less time looking at the interface and more time focused on the road ahead. Combining easy-to-use interfaces with a large, Panasonic-designed screen, our IVI solutions maximize simplicity with large, iconic touch keys grouped by modality and easily learned without special training. These solutions add hands-free functionality to drivers' mobile devices with fast, easy pairing that automatically downloads contacts while enabling voice commands that control phone, radio and content-streaming functions.
https://na.panasonic.com/us/automotive-solutions/ecockpit-zonal/ivi

|  | **LAS VEGAS** – Panasonic Automotive, a global expert in automotive infotainment solutions and connectivity, revealed its latest fully connected ecockpit concept at CES 2020. The technology platform integrates Panasonic's proprietary SkipGen 3.0 in-vehicle infotainment (IVI) system with Google's Android Automotive OS running on Android 10.  In the concept vehicle, SkipGen 3.0 is paired with the next generation cockpit domain controller, SPYDR 3.0.  At the core, the single brain SPYDR 3.0 acts as a hypervisor and is capable of driving up to eleven displays. Both SkipGen 3.0 and SPYDR 3.0 are connected and powered by Panasonic's proprietary software and cloud platform, OneConnect[SM]. Whether sending or receiving key infotainment messages on the run, this advanced cockpit system can also seamlessly run multimedia streaming or gaming applications for passenger and rear seat entertainment. https://na.panasonic.com/us/news/panasonic-automotive-unveils-their-next-generation-connected-ecockpit |



Whether it is delivering information to the driver or providing entertainment to the passenger, this connected cockpit experience features the being seamlessly connected real time information and entertainment.

https://na.panasonic.com/us/news/panasonic-automotive-unveils-their-next-generation-connected-ecockpit



https://www.youtube.com/watch?v=oATZlLdy5cs



https://www.youtube.com/watch?v=oATZlLdy5cs



https://www.youtube.com/watch?v=oATZlLdy5cs

# Panasonic Collaborates with Phiar to Bring Real-World AI-Driven Navigation to Its Automotive Solutions

November 19, 2020

**Peachtree City, GA** – Panasonic Automotive Systems Company of America, Division of Panasonic Corporation of North America, (Panasonic Automotive) a tier one global automotive supplier, announces a collaboration with Phiar, developers of edge spatial-AI technology and augmented reality navigation platform, to expand driver safety and navigation support in its automotive solutions.

https://na.panasonic.com/us/news/panasonic-collaborates-phiar-bring-real-world-ai-driven-navigation-its-automotive-solutions

Phiar's deep learning AI technology runs on automotive infotainment systems, detects and analyzes the driver's surroundings in real-time, and combines it with 3D localization of the vehicle to provide augmented guidance and safety information. Phiar utilizes map and navigation data from the leading map platforms to offer live visual navigation with traffic and other contextual data.

https://na.panasonic.com/us/news/panasonic-collaborates-phiar-bring-real-world-ai-driven-navigation-its-automotive-solutions

| | |
|---|---|
| (a) a main body, wherein the main body forms a hollow interior volume; | The accused system discloses a main body (e.g., the body of Panasonic In-vehicle Infotainment), wherein the main body (e.g., the body of Panasonic In-vehicle Infotainment) forms a hollow interior (e.g., interior of the Panasonic In-vehicle Infotainment). |
| | As shown below, the main body of the Panasonic In-vehicle Infotainment i.e., the portion with the screen is a hollow body. The hollow body contains internal components of the Panasonic In-vehicle Infotainment. |
| | From sophisticated touchscreens to cloud-navigation systems to hands-free communication systems, Panasonic is a pioneer and market leader in IVI technologies for automobiles as connected devices. We're redefining the landscape, migrating from domain controllers to our own high-performance computers (HPC) that can power up to fifteen screens simultaneously – an approach that simplifies the software controlling the vehicle, offers reduced wiring harness sizes and cuts production costs. Utilizing decades of design and engineering expertise, we're able to offer customized IVI solutions for established OEMs and startups alike. https://na.panasonic.com/us/automotive-solutions/ecockpit-zonal/ivi |

**LAS VEGAS** – Panasonic Automotive, a global expert in automotive infotainment solutions and connectivity, revealed its latest fully connected ecockpit concept at CES 2020. The technology platform integrates Panasonic's proprietary SkipGen 3.0 in-vehicle infotainment (IVI) system with Google's Android Automotive OS running on Android 10. In the concept vehicle, SkipGen 3.0 is paired with the next generation cockpit domain controller, SPYDR 3.0. At the core, the single brain SPYDR 3.0 acts as a hypervisor and is capable of driving up to eleven displays. Both SkipGen 3.0 and SPYDR 3.0 are connected and powered by Panasonic's proprietary software and cloud platform, OneConnect[SM]. Whether sending or receiving key infotainment messages on the run, this advanced cockpit system can also seamlessly run multimedia streaming or gaming applications for passenger and rear seat entertainment.

https://na.panasonic.com/us/news/panasonic-automotive-unveils-their-next-generation-connected-ecockpit



https://www.youtube.com/watch?v=oATZlLdy5cs



https://www.youtube.com/watch?v=oATZlLdy5cs

Interior automotive displays are evolving. Not only are the number of screens and interactive surfaces within a vehicle increasing, more manufacturers are ditching physical controls for capacitive, digital controls. Panasonic Automotive is focused on larger displays and more customizable data. An In-Plane Switching (IPS) leader, the company provides more design freedom, curved-glass, visual clarity, and high-end trim options.



https://na.panasonic.com/ca/industries/automotive-technology/infotainment



Source: Teardown of Panasonic Infotainment System

| (b) a computer module, wherein the computer module | The accused system discloses a computer module (e.g., a processor of the Panasonic In-Vehicle Infotainment), wherein the computer module (e.g., a processor of the Panasonic In-Vehicle Infotainment) is located within the hollow interior volume (e.g., interior of the Panasonic In-Vehicle Infotainment) and is adapted to be programmed |

| | |
|---|---|
| is located within the hollow interior volume and is adapted to be programmed with information pertaining to existing roads, bridges, viaducts, and underpasses; | with information (e.g., Map data for a vehicle location such as nearby buildings, roads, etc.) pertaining to existing roads, bridges, viaducts, and underpasses.<br><br>As shown below, Panasonic In-Vehicle Infotainment system is powered by Qualcomm processor and is present inside its main body. The Panasonic In-Vehicle Infotainment shows map data relevant to the vehicle location or the user's search. Maps features such as roads, buildings, bridges are visible on the maps.<br><br>• **SkipGen 3.0 IVI** is Panasonic's third generation in-vehicle infotainment system running on Google's Android Automotive OS, Android 10 and is also equipped with Qualcomm's Gen 3 processor Snapdragon 8155/6155. As Google's reference hardware supplier, Panasonic designs SkipGen 3.0 to deliver the most advanced infotainment spectrum of assistance and entertainment features available, many of these features can be seamlessly controlled and activated by voice. With SkipGen 3.0's embedded connectivity and SiriusXM® tuner built-in, the system will also proudly support SiriusXM with 360L. SiriusXM's most advanced audio platform delivers content via both satellite and streaming to give drivers and their passengers more than 200 live SiriusXM channels, the ability to make on-demand programming choices, "For You" recommendations, as well as SiriusXM's Personalized Stations Powered by Pandora. The SkipGen platform also features SiriusXM's latest module hardware, X28.<br><br>https://na.panasonic.com/us/news/panasonic-automotive-unveils-their-next-generation-connected-ecockpit |



a computer module

Source: Teardown of Panasonic Infotainment System

# Panasonic Collaborates with Phiar to Bring Real-World AI-Driven Navigation to Its Automotive Solutions

November 19, 2020

**Peachtree City, GA** – Panasonic Automotive Systems Company of America, Division of Panasonic Corporation of North America, (Panasonic Automotive) a tier one global automotive supplier, announces a collaboration with Phiar, developers of edge spatial-AI technology and augmented reality navigation platform, to expand driver safety and navigation support in its automotive solutions.

https://na.panasonic.com/us/news/panasonic-collaborates-phiar-bring-real-world-ai-driven-navigation-its-automotive-solutions

Phiar's deep learning AI technology runs on automotive infotainment systems, detects and analyzes the driver's surroundings in real-time, and combines it with 3D localization of the vehicle to provide augmented guidance and safety information. Phiar utilizes map and navigation data from the leading map platforms to offer live visual navigation with traffic and other contextual data.

https://na.panasonic.com/us/news/panasonic-collaborates-phiar-bring-real-world-ai-driven-navigation-its-automotive-solutions



https://www.youtube.com/watch?v=oATZlLdy5cs



https://www.youtube.com/watch?v=oATZlLdy5cs

| | |
|---|---|
| (c) a GPS module, wherein the GPS module is located within the hollow interior volume and is adapted to provide location information of the existing roads, bridges, viaducts, and underpasses; and | The accused system discloses a GPS module (e.g., GPS of Panasonic In-Vehicle Infotainment), wherein the GPS module (e.g., GPS of Panasonic In-Vehicle Infotainment) is located within the hollow interior (e.g., interior of the Panasonic In-Vehicle Infotainment) volume and is adapted to provide location information (e.g., location information such as latitude, longitude, etc.) of the existing roads, bridges, viaducts, and underpasses.

As shown below, Panasonic In-Vehicle Infotainment features its own GPS unit for navigation functions. The Panasonic In-Vehicle Infotainment provides the vehicle location on the Map. The Map information such as buildings, roads, etc. are loaded on the Panasonic In-Vehicle Infotainment with reference to the trailer location. |

# Panasonic Collaborates with Phiar to Bring Real-World AI-Driven Navigation to Its Automotive Solutions

November 19, 2020

**Peachtree City, GA** – Panasonic Automotive Systems Company of America, Division of Panasonic Corporation of North America, (Panasonic Automotive) a tier one global automotive supplier, announces a collaboration with Phiar, developers of edge spatial-AI technology and augmented reality navigation platform, to expand driver safety and navigation support in its automotive solutions.

https://na.panasonic.com/us/news/panasonic-collaborates-phiar-bring-real-world-ai-driven-navigation-its-automotive-solutions

Phiar's deep learning AI technology runs on automotive infotainment systems, detects and analyzes the driver's surroundings in real-time, and combines it with 3D localization of the vehicle to provide augmented guidance and safety information. Phiar utilizes map and navigation data from the leading map platforms to offer live visual navigation with traffic and other contextual data.

https://na.panasonic.com/us/news/panasonic-collaborates-phiar-bring-real-world-ai-driven-navigation-its-automotive-solutions



https://www.youtube.com/watch?v=oATZlLdy5cs



https://www.youtube.com/watch?v=oATZlLdy5cs

|  | **B. Information about your use of the Services** |
|---|---|
|  | We may collect information about your use of our Services through software on your Panasonic device/product and other means, or your use of our online applications. For example, we may collect: |
|  | **I. Device/product information** - such as your hardware model, device/product IMEI number, the MAC address of the device's wireless network interface and the mobile phone number used by the device), mobile network information, your mobile operating system, the type of mobile browser you use, time zone setting, and other unique device identifiers, IP address, operating system details, and settings of the device you use to access the Services. |
|  | **II. Log information** - such as the time and duration of your use of the Service, search query terms you enter through the Services, and any information stored in cookies that we have set on your product/device or our application. Cookies only on website PIEU |
|  | **III. Location information** - such as your product or device's GPS signal or information about nearby WiFi access points and cell towers that may be transmitted to us when you use certain Services. Some of our location-enabled Services require your Personal Information for the feature to work. If you wish to use the particular feature, you will be asked to consent to your data being used for this purpose. You can withdraw your consent at any time by altering the settings in your device/product. ??? |
|  | https://eu.automotive.panasonic.com/privacy-policy |
| (d) at least one warning mechanism, wherein the at least one warning mechanism is electrically connected to the computer module and is adapted to provide a loud audible sound adapted to warn a driver of the automobile of impending danger caused by the existing roads, bridges, | The accused system discloses at least one warning mechanism, wherein the at least one warning mechanism is electrically connected to the computer module and is adapted to provide a loud audible sound adapted to warn a driver of the automobile of impending danger caused by the existing roads, bridges, viaducts, and underpasses.<br><br>• **SkipGen 3.0 IVI** is Panasonic's third generation in-vehicle infotainment system running on Google's Android Automotive OS, Android 10 and is also equipped with Qualcomm's Gen 3 processor Snapdragon 8155/6155. As Google's reference hardware supplier, Panasonic designs SkipGen 3.0 to deliver the most advanced infotainment spectrum of assistance and entertainment features available, many of these features can be seamlessly controlled and activated by voice. With SkipGen 3.0's embedded connectivity and SiriusXM® tuner built-in, the system will also proudly support SiriusXM with 360L. SiriusXM's most advanced audio platform delivers content via both satellite and streaming to give drivers and their passengers more than 200 live SiriusXM channels, the ability to make on-demand programming choices, "For You" recommendations, as well as SiriusXM's Personalized Stations Powered by Pandora. The SkipGen platform also features SiriusXM's latest module hardware, X28.<br>https://na.panasonic.com/us/news/panasonic-automotive-unveils-their-next-generation-connected-ecockpit |

| | |
|---|---|
| viaducts, and underpasses; | In this demonstration, Google Assistant and Google Maps™ run natively on Android-powered IVI, showcasing these popular services when directly integrated into vehicle. By simply saying "Hey Google", drivers can easily and quickly ask Google Assistant for help on various tasks such as navigating to a destination with Google Maps, playing music, or controlling vehicle functions such as HVAC – even when you leave your phone behind.<br><br>https://na.panasonic.com/us/news/panasonic-announces-android-80-powered-vehicle-infotainment-systems<br><br>• To hear navigation from your car speakers, turn on **Play voice over Bluetooth**.<br>• To hear navigation from your phone or tablet's speaker, turn off **Play voice over Bluetooth.**<br>    • **Notes**:<br>        • On Google Maps for Android version 9.13 and up, you can play a test sound. To play a test sound, open the Google Maps app 📍 > your profile picture or initial 👤 > **Settings** ⚙ > **Navigation settings** > **Play test sound**. You'll hear "This is what it will sound like when navigating with Google Maps."<br>        • If you want to charge your phone or tablet, use a charging-only USB cable or a power adapter. Connect it to an outlet or cigarette lighter.<br><br>https://support.google.com/maps/answer/11523237?hl=en&co=GENIE.Platform%3DAndroid&oco=1 |

<table>
<tr><td></td><td>To get easy, turn-by-turn navigation to places, use the Google Maps app. Maps shows you directions and uses real-time traffic information to find the best route to your destination.

With voice navigation, you can hear traffic alerts, where to turn, which lane to use, and if there's a better route.

**Important:** Navigation and info about which lane to use aren't available in all countries, regions, and languages. Oversized or emergency vehicles aren't the intended users of navigation.

## What you need to use navigation

On your phone or tablet:

- Turn on your GPS.
- Let Google Maps use your current location and audio speakers.

https://support.google.com/maps/answer/3273406?hl=en&co=GENIE.Platform%3DAndroid</td></tr>
<tr><td>(e)   a   display screen   located upon   an   outer surface   of   the main body, wherein             the display screen is electronically connected to the computer module,   and   is adapted           to</td><td>The accused system discloses a display screen (e.g., the display of Panasonic In-Vehicle Infotainment) located upon an outer surface of the main body (e.g., the body of the Panasonic In-Vehicle Infotainment), wherein the display screen (e.g., the display of the Panasonic In-Vehicle Infotainment) is electronically connected to the computer module (e.g., the processor of the Panasonic In-Vehicle Infotainment) and is adapted to provide visual information (e.g., display maps, warnings, etc. on the Panasonic In-Vehicle Infotainment) to the driver of the automobile (e.g., automobiles such as cars).

As shown below, Panasonic In-Vehicle Infotainment has a display on its surface used to display maps and other information to the driver. The display is electrically connected to the computer module.</td></tr>
</table>

| | |
|---|---|
| provide visual information to the driver of the automobile, | Panasonic technology powers workhorse IVI systems, allowing global automaker brands to put music, points of interest and vehicle settings at the drivers' fingertips. Intuitive controls mean less time looking at the interface and more time focused on the road ahead. Combining easy-to-use interfaces with a large, Panasonic-designed screen, our IVI solutions maximize simplicity with large, iconic touch keys grouped by modality and easily learned without special training. These solutions add hands-free functionality to drivers' mobile devices with fast, easy pairing that automatically downloads contacts while enabling voice commands that control phone, radio and content-streaming functions.<br><br>https://na.panasonic.com/us/automotive-solutions/ecockpit-zonal/ivi<br><br><br><br>https://www.youtube.com/watch?v=oATZlLdy5cs |

a display screen located upon an outer surface of the main body



https://www.youtube.com/watch?v=oATZlLdy5cs

| wherein the visual information includes the height of an approaching bridge or underpass, wherein the computer module and the display screen are further adapted to display alternate routes for the automobile to travel to avoid | The accused system discloses visual information includes the height of an approaching bridge or underpass, wherein the computer module and the display screen are further adapted to display alternate routes for the automobile to travel to avoid dangers posed by the existing roads, bridges, viaducts, and underpasses.<br><br>Upon information and belief, the accused system provides the visual information includes the height of an approaching bridge or underpass, wherein the computer module and the display screen are further adapted to display alternate routes for the automobile to travel to avoid dangers posed by the existing roads, bridges, viaducts, and underpasses. |
|---|---|

| | |
|---|---|
| dangers posed by the existing roads, bridges, viaducts, and underpasses, | In the next-generation cockpit systems, there is a trend toward consolidating infotainment systems and functions such as instrument clusters and car navigation systems, which has been equipped on multiple ECUs (Electronic Control Units), into a single ECU using virtualization platform[*2]. It is also being considered to introduce third-party applications that communicate with outside of the vehicles, and the consolidation of advanced driver assistance functionality that support driving control and driver warning. At the same time, there are also concerns over possible cyber-attacks that exploit vulnerabilities in next-generation cockpit systems. For example, gaining unauthorized access to parts of the integrated systems via Wi-Fi, Bluetooth and other communication interfaces, could influence the other functions such as advanced driver assistance systems.                           https:// news.panasonic.com/global/press/en230123-5

Providing further automation and safety, Augmented Reality HUD 2.0 built into Panasonic's acclaimed SkipGen2 IVI features patented eye tracking eye tracking system (ETS), which detects driver height and head movement and dynamically adjusts the position and focus of the images in the field of view or "eyebox." AI navigation software intelligently matches the changing environment with AR overlays and icons, providing intuitive situational awareness of the surrounding environment.
https://na.panasonic.com/us/automotive-solutions/ecockpit-zonal/hud

**SPYDR 3.0** is the next evolution of Panasonic's cockpit domain controller. SPYDR 3.0 features 4K display resolution with multimedia streaming and can effectively support up to eleven information or entertainment displays in a vehicle.  As such, this platform is capable of driving a variation of HUD displays, infotainment displays, rear seat and passenger seat displays all from a single brain system. Content streaming can range from interactive gaming on today's most popular systems to streaming video via the owner's application of choice. The show exhibit will demonstrate a live play gaming demo.
https://na.panasonic.com/us/news/panasonic-automotive-unveils-their-next- |

generation-connected-ecockpit



Panasonic's AR HUD system projects 3D, AI-driven key information into the driver's line of sight to help reduce driver distraction and potentially increase safety on the road. Panasonic's AR HUD development utilizes a **PRIZM** process to address all aspects of users' needs today, tomorrow and in the future:

https://na.panasonic.com/us/news/panasonic-automotive-brings-expansive-artificial-intelligence-enhanced-situational-awareness-driver

| | |
|---|---|
| **Automatic Adjust** | The HUD will automatically adjust to the view of the driver by using stereo driver camera. The adjustment is done by rotating the whole HUD package. |
| **Object recognition** | The car will be able to recognize objects in front of the car and will warn the driver by displaying alerts in the HUD. If the object is in the HUD view, red squares will be shown around the recognized objects. |

https://eu.automotive.panasonic.com/solutions/components/head-displays/next-generation-augmented-reality-hud



https://www.youtube.com/watch?v=oATZlLdy5cs

| wherein the computer module is adapted to process the information and location of existing roads, bridges, viaducts, and underpasses, | The accused system discloses the computer module is adapted to process the information and location of existing roads, bridges, viaducts, and underpasses, and determine when to send an electronic signal to the at least one warning mechanism to warn the driver of the automobile of impending danger posed by the existing roads, bridges, viaducts, and underpasses.<br><br>Upon information and belief, Panasonic In-Vehicle Infotainment warns a user/driver before a particular distance from the impending danger. |

| | |
|---|---|
| and determine when to send an electronic signal to the at least one warning mechanism to warn the driver of the automobile of impending danger posed by the existing roads, bridges, viaducts, and underpasses, and | In the next-generation cockpit systems, there is a trend toward consolidating infotainment systems and functions such as instrument clusters and car navigation systems, which has been equipped on multiple ECUs (Electronic Control Units), into a single ECU using virtualization platform[2]. It is also being considered to introduce third-party applications that communicate with outside of the vehicles, and the consolidation of advanced driver assistance functionality that support driving control and driver warning. At the same time, there are also concerns over possible cyber-attacks that exploit vulnerabilities in next-generation cockpit systems. For example, gaining unauthorized access to parts of the integrated systems via Wi-Fi, Bluetooth and other communication interfaces, could influence the other functions such as advanced driver assistance systems. https://news.panasonic.com/global/press/en230123-5 <br><br> Providing further automation and safety, Augmented Reality HUD 2.0 built into Panasonic's acclaimed SkipGen2 IVI features patented eye tracking eye tracking system (ETS), which detects driver height and head movement and dynamically adjusts the position and focus of the images in the field of view or "eyebox." AI navigation software intelligently matches the changing environment with AR overlays and icons, providing intuitive situational awareness of the surrounding environment. https://na.panasonic.com/us/automotive-solutions/ecockpit-zonal/hud <br><br> **SPYDR 3.0** is the next evolution of Panasonic's cockpit domain controller. SPYDR 3.0 features 4K display resolution with multimedia streaming and can effectively support up to eleven information or entertainment displays in a vehicle. As such, this platform is capable of driving a variation of HUD displays, infotainment displays, rear seat and passenger seat displays all from a single brain system. Content streaming can range from interactive gaming on today's most popular systems to streaming video via the owner's application of choice. The show exhibit will demonstrate a live play gaming demo. |

https://na.panasonic.com/us/news/panasonic-automotive-unveils-their-next-generation-connected-ecockpit



Panasonic's AR HUD system projects 3D, AI-driven key information into the driver's line of sight to help reduce driver distraction and potentially increase safety on the road. Panasonic's AR HUD development utilizes a **PRIZM** process to address all aspects of users' needs today, tomorrow and in the future:

https://na.panasonic.com/us/news/panasonic-automotive-brings-expansive-artificial-intelligence-enhanced-situational-awareness-driver

| | |
|---|---|
| **Automatic Adjust** | The HUD will automatically adjust to the view of the driver by using stereo driver camera. The adjustment is done by rotating the whole HUD package. |
| **Object recognition** | The car will be able to recognize objects in front of the car and will warn the driver by displaying alerts in the HUD. If the object is in the HUD view, red squares will be shown around the recognized objects. |

https://eu.automotive.panasonic.com/solutions/components/head-displays/next-generation-augmented-reality-hud

| | |
|---|---|
| wherein the computer module is further adapted to initiate the at least one warning mechanism when the GPS and warning device is within a predetermined distance from an existing road, bridge, viaduct or underpass that poses a danger to the automobile. | The accused system discloses the computer module is further adapted to initiate the at least one warning mechanism when the GPS and warning device is within a predetermined distance from an existing road, bridge, viaduct or underpass that poses a danger to the automobile.<br><br>Upon information and belief, Panasonic In-Vehicle Infotainment warns a user/driver before a particular distance from the impending danger.<br><br>In the next-generation cockpit systems, there is a trend toward consolidating infotainment systems and functions such as instrument clusters and car navigation systems, which has been equipped on multiple ECUs (Electronic Control Units), into a single ECU using virtualization platform[2]. It is also being considered to introduce third-party applications that communicate with outside of the vehicles, and the consolidation of advanced driver assistance functionality that support driving control and driver warning. At the same time, there are also concerns over possible cyber-attacks that exploit vulnerabilities in next-generation cockpit systems. For example, gaining unauthorized access to parts of the integrated systems via Wi-Fi, Bluetooth and other communication interfaces, could influence the other functions such as advanced driver assistance systems. |

https://news.panasonic.com/global/press/en230123-5

Providing further automation and safety, Augmented Reality HUD 2.0 built into Panasonic's acclaimed SkipGen2 IVI features patented eye tracking eye tracking system (ETS), which detects driver height and head movement and dynamically adjusts the position and focus of the images in the field of view or "eyebox." AI navigation software intelligently matches the changing environment with AR overlays and icons, providing intuitive situational awareness of the surrounding environment.

https://na.panasonic.com/us/automotive-solutions/ecockpit-zonal/hud

**SPYDR 3.0** is the next evolution of Panasonic's cockpit domain controller. SPYDR 3.0 features 4K display resolution with multimedia streaming and can effectively support up to eleven information or entertainment displays in a vehicle.  As such, this platform is capable of driving a variation of HUD displays, infotainment displays, rear seat and passenger seat displays all from a single brain system. Content streaming can range from interactive gaming on today's most popular systems to streaming video via the owner's application of choice. The show exhibit will demonstrate a live play gaming demo.

https://na.panasonic.com/us/news/panasonic-automotive-unveils-their-next-generation-connected-ecockpit



Panasonic's AR HUD system projects 3D, AI-driven key information into the driver's line of sight to help reduce driver distraction and potentially increase safety on the road. Panasonic's AR HUD development utilizes a **PRIZM** process to address all aspects of users' needs today, tomorrow and in the future: https://na.panasonic.com/us/news/panasonic-automotive-brings-expansive-artificial-intelligence-enhanced-situational-awareness-driver

| **Automatic Adjust** | The HUD will automatically adjust to the view of the driver by using stereo driver camera. The adjustment is done by rotating the whole HUD package. |
| --- | --- |
| **Object recognition** | The car will be able to recognize objects in front of the car and will warn the driver by displaying alerts in the HUD. If the object is in the HUD view, red squares will be shown around the recognized objects. |

https://eu.automotive.panasonic.com/solutions/components/head-displays/next-generation-augmented-reality-hud

- **SkipGen 3.0 IVI** is Panasonic's third generation in-vehicle infotainment system running on Google's Android Automotive OS, Android 10 and is also equipped with Qualcomm's Gen 3 processor Snapdragon 8155/6155. As Google's reference hardware supplier, Panasonic designs SkipGen 3.0 to deliver the most advanced infotainment spectrum of assistance and entertainment features available, many of these features can be seamlessly controlled and activated by voice. With SkipGen 3.0's embedded connectivity and SiriusXM® tuner built-in, the system will also proudly support SiriusXM with 360L. SiriusXM's most advanced audio platform delivers content via both satellite and streaming to give drivers and their passengers more than 200 live SiriusXM channels, the ability to make on-demand programming choices, "For You" recommendations, as well as SiriusXM's Personalized Stations Powered by Pandora. The SkipGen platform also features SiriusXM's latest module hardware, X28.

https://na.panasonic.com/us/news/panasonic-automotive-unveils-their-next-generation-connected-ecockpit

In this demonstration, Google Assistant and Google Maps™ run natively on Android-powered IVI, showcasing these popular services when directly integrated into vehicle. By simply saying "Hey Google", drivers can easily and quickly ask Google Assistant for help on various tasks such as navigating to a destination with Google Maps, playing music, or controlling vehicle functions such as HVAC – even when you leave your phone behind.

https://na.panasonic.com/us/news/panasonic-announces-android-80-powered-vehicle-infotainment-systems

- To hear navigation from your car speakers, turn on **Play voice over Bluetooth**.
- To hear navigation from your phone or tablet's speaker, turn off **Play voice over Bluetooth.**
  - **Notes**:
    - On Google Maps for Android version 9.13 and up, you can play a test sound. To play a test sound, open the Google Maps app ⚲ › your profile picture or initial ⊖ › **Settings** ⚙ › **Navigation settings** › **Play test sound**. You'll hear "This is what it will sound like when navigating with Google Maps."
    - If you want to charge your phone or tablet, use a charging-only USB cable or a power adapter. Connect it to an outlet or cigarette lighter.

https://support.google.com/maps/answer/11523237?hl=en&co=GENIE.Platform%3DAndroid&oco=1

To get easy, turn-by-turn navigation to places, use the Google Maps app. Maps shows you directions and uses real-time traffic information to find the best route to your destination.

With voice navigation, you can hear traffic alerts, where to turn, which lane to use, and if there's a better route.

**Important:** Navigation and info about which lane to use aren't available in all countries, regions, and languages. Oversized or emergency vehicles aren't the intended users of navigation.

## What you need to use navigation

On your phone or tablet:

- Turn on your GPS.
- Let Google Maps use your current location and audio speakers.

https://support.google.com/maps/answer/3273406?hl=en&co=GENIE.Platform%3DAndroid